In the Matter of RESTEL REALTY CORPORATION, Respondent, against DEBUR REALTY Co., INC., et al., Appellants.

In the Matter of BURLINGHAM LAND & IMPROVEMENT Co., INC., Respondent, against MATTHEW W. HOYLE, Appellant.

(Argued October 22, 1930; decided November 18, 1930.)

*Reuben Weinberg* and *Franklin T. Voelker* for appellants. *Michael H. Wolfe* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.